IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MICHAEL JAY HODGE                                                                              PLAINTIFF

V.                                          NO: 1:18CV00072 JM/PSH

MELISSA HAMILTON, STAN HANEY, and
MARK COUNTS                                                                                   DEFENDANTS

### FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge James M. Moody Jr. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court Clerk within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Michael Jay Hodge ("Hodge") filed this lawsuit on September 21, 2018. In his complaint, he alleges the defendants, who are employees of Sharp County, Arkansas, violated his civil rights by failing to address Hodge's medical needs while he was in the custody of the Sharp County Jail. Docket entry no. 2. In the Court's Order granting his motion to proceed *in forma pauperis,* Hodge was notified of his duty to comply with the Federal Rules of Civil Procedure as well as the Local Rules for the Eastern District of Arkansas. Hodge was specifically informed his duty under Local Rule 5.5(c)(2) to diligently prosecute his case and to respond to any communication from the Court. This Local Rule provides for dismissal of the case when a party fails to comply with the Rule.

Docket entry no. 5.

The defendants filed an answer to the complaint in October 2018. Docket entry no. 7. On January 10, 2019, the defendants filed a motion to compel answers to their discovery requests. Docket entry no. 13. The defendants asserted Hodge had failed to respond in any way to their requests. Hodge did not respond to the motion to compel. By Order dated January 30, 2019, the motion to compel responses was granted, and Hodge was directed to respond on or before February 20. Docket entry no. 16.

Hodge has failed to respond to the defendants's discovery requests as ordered by the Court, and the defendants now move to dismiss the case due to his failure to prosecute and failure to respond to the Court's Order. Docket entry no. 17. Under these circumstances, the Court concludes that Hodge's lawsuit should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's Order.

Therefore, the Court recommends that the motion to dismiss the complaint be granted and the case be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's order.

IT IS SO ORDERED this 26th day of March, 2019.

_____
UNITED STATES MAGISTRATE JUDGE