# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

MICHAEL JAY HODGE                                          PLAINTIFF

V.     NO: 1:18CV00072 JM/PSH

MELISSA HAMILTON, STAN HANEY, and
MARK COUNTS                                                     DEFENDANTS

## **ORDER**

The Court has received proposed Findings and Recommendations from Magistrate Judge Patricia S. Harris. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS SO ORDERED this 10th day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE