# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**MICHAEL JAY HODGE**                                       **PLAINTIFF**

**V.**                     **NO: 1:18CV00072 JM/PSH**

**MELISSA HAMILTON, STAN HANEY, and**
**MARK COUNTS**                                       **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered dismissing this case without prejudice. The relief sought is denied.

IT IS SO ORDERED this 10th day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE